UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Case No. 22-CR-20184

HON. LAURIE J. MICHELSON

D-2  JOHN DAVID,

Defendant.

---

**DEFENDANT'S ACKNOWLEDGMENT OF
FIRST SUPERSEDING INDICTMENT**

---

I, JOHN DAVID, Defendant in this case, hereby acknowledge that I have received a copy of the First Superseding Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**As to Count 1:**

**Conspiracy to Commit Federal Program Bribery
18 U.S.C. §§ 371, 666(a)(1)(B)**

Five years imprisonment and a $250,000 fine

FILED
CLERK'S OFFICE
AUG - 8 2022
U.S DISTRICT COURT
EASTERN MICHIGAN

### As to Counts 5 through 7:

**Bribery Concerning Programs Receiving Federal Funds**
**18 U.S.C. § 666(a)(2)**

As to each Count, ten years imprisonment and a $250,000 fine

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
JOHN DAVID
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for Defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
ROBERT M. MORGAN
Counsel for Defendant

Dated:  August 8, 2022