UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN DAVID, D-2,

    Defendant.

Case No. 2:22-cr-20184
Hon. Laurie J. Michelson

**STIPULATED ORDER TO EXTEND VOLUNTARY SURRENDER DATE FROM NOVEMBER 6, 2023 UNTIL DECEMBER 5, 2023**

The forfeiture hearing date having been extended until November 15, 2023 and for agreed reasons:

IT IS HEREBY STIPULATED by and between the parties that John David's voluntary surrender reporting date to FCI Butner Low be extended from November 6, 2023 until December 5, 2023 at 12:00 noon.

Approved as to substance and form:

*s/ Sarah Resnick Cohen (w/consent)*
*s/ Karen L. Reynolds (w/consent)*
Sarah Resnick Cohen
Karen L. Reynolds
Assistant U.S. Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI  48226
313-226-9100
sarah.cohen@usdoj.gov
karen.reynolds@usdoj.gov

*s/ Robert M. Morgan*
Robert M. Morgan
14290 Northline Rd.
Southgate, MI 48195
313-320-3082
Attorney for Defendant John David
morgancrdefense@ameritech.net

IT IS SO ORDERED.

Dated: October 24, 2023

                                        s/Laurie J. Michelson
                                        LAURIE J. MICHELSON
                                        UNITED STATES DISTRICT JUDGE